# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN IGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US DEPARTMENT OF AGRICULTURE, et al.,)<br>)<br>Defendants. )<br>) | Civil Action No. 19-10412-DJC |

## ORDER

**CASPER, J.**                                                                                           July 11, 2019

On February 27, 2019, John Igo filed his self-prepared complaint. *See* Docket No. 1. He subsequently filed two letters seeking to have his petition docketed and transferred to a magistrate judge. *See* Docket Nos. 2, 3. On May 13, 2019, Igo was ordered to either pay the filing fee or file a motion to proceed *in forma pauperis*. *See* Docket No. 5. The order stated that failure of Igo to comply may result in the dismissal of this action. *Id.*

To date, Igo has not responded to the court's Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the court's Orders. Fed. R. Civ. P. 41(b).

Accordingly, for the failure to comply with the May 13, 2019 Procedural Order, this action is hereby DISMISSED WITHOUT PREJUDICE.

**So Ordered.**

                                                                              **/s/ Denise J. Casper**
                                                                              Denise J. Casper
                                                                              United States District Judge